## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. Case Number:** |
| | : | |
| **v.** | : | |
| | : | |
| **MIGUEL EUGENIO ZAPATA,** | : | **Case No. 24-mj-156** |
| **also known as "MICHAEL ZAPATA,"** | : | **Magistrate: G. Michael Harvey** |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

COUNT ONE
SCHEME TO FALSIFY, CONCEAL, AND COVER UP MATERIAL FACTS
(18 U.S.C. § 1001(a)(1))

On or about February 10, February 16, February 17, and April 11, 2021, defendant MIGUEL EUGENIO ZAPATA, aka Michael Zapata, did knowingly and willfully falsify, conceal, and cover up by a trick, scheme, and device material facts in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, the defendant falsely stated and represented to the Federal Bureau of Investigation, in Washington, D.C., via its website "tips.fbi.gov" that Victims 1, 2, 3, 5, 6, 7, and 8 were involved in unlawful activities at and/or related to the events at the United States Capitol on January 6, 2021.

May 8, 2025

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY

*/s/ Stuart Allen*
_____
Stuart D. Allen
Assistant United States Attorney