## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MIGUEL EUGENIO ZAPATA,** | : | **CASE NO. 25-CR-131 (JDB)** |
| also known as "MICHAEL ZAPATA," | : | |
| | : | |
| **Defendant.** | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **MIGUEL EUGENIO ZAPATA**, aka **MICHAEL ZAPATA**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea – that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

After the events at the United States Capitol on January 6, 2021, the FBI began an investigation and made a public appeal for tips related to unlawful activity at the U.S. Capitol on January 6, 2021. The FBI encouraged members of the public to submit tips via an online portal at tips.fbi.gov.[1]

When members of the public visited tips.fbi.gov to submit a tip, they were shown a warning banner that stated, in relevant part, "I understand that providing false information could subject me to fine, imprisonment, or both (Title 18, U.S. Code, Section 1001)." To progress past this warning to the tips page, the user was required to click "I Agree" to access the tip submission form.

---

[1] *See* https://www.fbi.gov/contact-us/field-offices/washingtondc/news/press-releases/fbi-seeking-information-related-to-violent-activity-at-the-us-capitol-building-010621.

The warning banner shown below appeared every time an individual attempted to submit a tip at the publicly available tips.fbi.gov page:



*Zapata's Use of a Web Anonymizer to Submit False Tips*

On February 10, February 16, February 17, and April 11, 2021, the FBI received at least seven anonymous tips via the tips.fbi.gov portal alleging that seven identified government employees and contractors were involved in unlawful activities at the Capitol on January 6, 2021.

Because of similarities in the wording of the tips, the grouping of the dates the tips were submitted, and the technical tradecraft used to submit them, these tips appeared to be submitted by the same individual. These tips variously alleged that the government employees and contractors were physically present at or involved in unlawful activities at the Capitol or had shared classified information with individuals and groups present with the intent to assist these groups in overthrowing the United States government.

According to FBI records, all seven tips were submitted from four specific, identified IP addresses. Subscriber information for these IP addresses demonstrated that all four were assigned to a particular provider (hereinafter, "Company A"). Company A provided a service that allowed its users to access the Internet via an isolated web browser to help protect users from security threats and for other purposes. In general, when a user of Company A's services accessed a website through Company A's product, the website recorded an IP address associated with Company A, and not the end user.

According to their published privacy policy, Company A retains records of user activity on their services, including the websites a particular user has visited. Company A also maintains records regarding the identity of users of their platform, including name, username, email, phone number, address, and payment data. Under certain circumstances, they may also collect and maintain information about computers used to access their services, including IP address, operating system, software versions, and other data elements.

According to Company A's logs and records, a single user accessed the FBI's tips portal on each of the dates and at around the times the tips were submitted. Moreover, Company A's logs recorded the user visiting the page that displays the § 1001 banner for each of the seven tips at issue. Based on the design of this page, as shown above, the user must click the "I agree" button to proceed to the tip form. Beyond just the FBI tips portal, the logs recorded some of the web addresses the user visited just before submitting certain tips, including websites related to the government employee or contractor named in the tip that immediately followed.

According to Company A's records, the billing name for the user is "Mike Zapata." ZAPATA created the Company A account in 2017. The contact email address on the account

matches one used by "Michael Zapata" on various accounts and records, including a previous loan application. According to U.S. government personnel security records, ZAPATA has used the first names "Michael" and "Miguel." As detailed below, ZAPATA previously worked in the government and, at one time or another, worked with all seven of the government employees or contractors ZAPATA named in the false tips to the FBI.

### *Zapata's False Tips*

None of the seven government employees and contractors were in Washington, D.C., on January 6, 2021, nor did they engage in unlawful activities at the Capitol.

Below are relevant portions of all seven false tips ZAPATA submitted to the FBI from February through April 2021:

### 1. February 10, 2021 – Victim 1 and Victim 2

On February 10, 2021, ZAPATA submitted the following tip to the FBI about Victim 1:

> *[Victim 1] . . . was actively engaged in attempting to overthrow the government of the United States. [He/she] actively took part in the riot on January 6 2021, that lead to the deaths of 6 people.*
> ***Additional Info:** Has espoused [...] conspiracy theories and actively retaliates against colleagues that do not share [his/her] political views.*
> ***What was the exact crime that occurred?** Involvement in the Capitol riot and insurrection.*
> ***When did the crime/incident occur?** January 6 2021*
> ***Where did the crime/incident occur?** Washington, DC*

This tip listed Victim 2 as a witness and contained the following additional information in the witness information section of the tip form:

> *Additional Info: [T]ook part in the Capitol riot and insurrection alongside [Victim 1].*

Also on February 10, 2021, ZAPATA reported the following tip to the FBI about Victim 2:

> *[Victim 2] . . . was actively engaged in attempting to overthrow the government of the United States. [He/she] actively took part in the riot and insurrection on January 6 2021, that lead to the deaths of 6 people.*
> ***Additional Info:*** *Has espoused [...] conspiracy theories and aligns with colleagues that share similar views.*
> ***What was the exact crime that occurred?***: *Actively took part in the riot and insurrection at the Capitol.*
> ***When did the crime/incident occur?*** *January 6 2021*
> ***Where did the crime/incident occur?*** *Washington, DC*

This tip listed Victim 1 as a witness.

ZAPATA also included additional details about Victim 1 and Victim 2, including their full names, ages, parts of their addresses, current employers, and security clearance levels.

From around March 2020 until early 2021, ZAPATA worked at the same workplace with both Victim 1 and Victim 2. According to interviews with Victim 1 and Victim 2, and records from their employer at that time, both Victim 1 and Victim 2 were physically at work in Virginia on January 6, 2021.

Company A's logs in February 2021 indicate that ZAPATA visited a section of Victim 1's and Victim 2's employer's website related to reporting activity of concern by employees. On or around February 1, 2021, the employer received an anonymous report regarding Victim 1. According to both the employer and Victim 1, the employer received an anonymous report that Victim 1 had taken part in the unlawful activities at the Capitol and bragged about Victim 1's actions to colleagues. The anonymous reporter quoted Victim 1 as having stated, "we're going to hang those dirty politicians and keep President Trump in office for 4 more years." The employer's

investigators contacted the anonymous reporter through their online reporting portal, and the reporter responded with additional details including an allegation that Victim 2 also attended the events at the Capitol.

### 2.  February 16, 2021 – Victim 3 and Victim 5

i.    Victim 3

On February 16, 2021, ZAPATA submitted the following tip to the FBI about Victim 3:

> *[Victim 3] attended the US capitol riot and insurrection and was present when storming the capitol.*
> ***What was the exact crime that occurred?:*** *Took part in insurrection at the US capitol*
> ***When did the crime/incident occur?*** *January 6 2021*
> ***Where did the crime/incident occur?*** *US Capitol*
> ***How is Contact Known:*** *Colleague*

ZAPATA also included additional details about Victim 3, including their full name, age, address, current employer, and security clearance level. The address provided in the tip is a virtual office address publicly available on the internet, and no one works at that location. Victim 3's name, job title, and description are also all available on the company's website.

In and around 2014 and 2015, ZAPATA and Victim 3 worked together. The FBI has interviewed Victim 3, who reported that Victim 3 was physically present at work in Virginia on January 6, 2021.

ii.   Victim 5[2]

Also on February 16, 2021, ZAPATA reported the following tip to the FBI about Victim 5:

---

[2] The designation "Victim 4" is purposefully omitted.

> *[Victim 5] attended the US Capitol riot and insurrection. [He/she] took an active role in leading the riot and storming the US Captiol [sic] to hunt for politicians and execute them.*
> ***Additional Info:*** *In addition to attending the riot and insurrection at the US Captiol,[sic] [he/she] espouses extremist ideology in the work place and has bragged about [his/her] association with the Boogaloo Bois, ProudBoys and Oath Keepers. While serving as a contractor at [an intelligence agency], [he/she] has accessed classified Agency resources to foment terror and incite violence by sharing this information with other conspiracy theory based personalities [...] [He/she] has often talked about "sharing classified information with these groups and individuals as being a [sic] [his/her] duty to ensure the United States Constitution is protected."*
> ***What was the exact crime that occurred?:*** *[Victim 5] attended the US Capitol riot and insurrection*
> ***When did the crime/incident occur?*** *January 6 2021*
> ***Where did the crime/incident occur?*** *US Capitol*
> ***How is Contact Known:*** *Colleague*

ZAPATA also included additional details about Victim 5, including their full name, age, current employer, previous employment, and security clearance level.

From approximately 2017 to 2019, ZAPATA worked with Victim 5. The FBI has interviewed Victim 5. According to Victim 5 and supporting documentation, Victim 5 was working in Virginia at the time of the events at the Capitol on January 6, 2021.

### 3. February 17, 2021 – Victim 6

On February 17, 2021, ZAPATA submitted the following tip to the FBI about Victim 6:

> *[Victim 6] attended the capitol riot insurrection. [He/she] was directly involved in coordination of the riot that lead [sic] to the deaths of 6 people.*
> ***Additional Info:*** *[...] [he/she] uses [his/her] clearance to continue supporting [an intelligence agency] and accesses classified information.*
> ***What was the exact crime that occurred?:*** *[Victim 6] attended the capitol riot insurrection.*
> ***When did the crime/incident occur?*** *January 6 2021*

7

*Where did the crime/incident occur? Washington DC*
*How is Contact Known: Colleague*

ZAPATA also included additional details about Victim 6, including their full name and nickname, age, current employer, previous employment, security clearance level, and an active hyperlink to Victim 6's LinkedIn page.

In or around 2015 through 2017, ZAPATA previously worked with Victim 6, who had interviewed and hired ZAPATA and then served as ZAPATA's program manager. The FBI has interviewed Victim 6, who reported that Victim 6 was working from their Virginia home during the events at the Capitol on January 6, 2021. Victim 6's employer provided information related to Victim 6's activity on their virtual private network that demonstrated Victim 6 was working remotely on January 6. Victim 6 denied coordinating any of the January 6 events at the Capitol.

Company A's logs indicate that on or around February 17, 2021, ZAPATA conducted a Google search for Victim 6, viewed Victim 6's LinkedIn profile that ZAPATA included in his false tip, and viewed a profile for Victim 6 on a website that provides contact and profile information from across the internet—all in the approximately 40 minutes immediately prior to submitting the tip on Victim 6.

### 4. April 11, 2021 – Victim 7 and Victim 8

i.   <u>Victim 7</u>

On April 11, 2021, ZAPATA submitted the following tip to the FBI about Victim 7:

> *[Victim 7] attended the riot insurrection at the Capitol that lead*
> *[sic] to the death of multiple people and the wounding of multiple*
> *police officers. [He/she] also provided support to domestic terrorist*
> *groups like the OathKeepers, Proud Boys and Boogaloos. [He/she]*
> *used [his/her] position of trust in the intelligence community to*
> *share classified information with these groups in an effort to assist*

8

> *them succeed in overthrowing the government. [He/she] currently works for [an intelligence agency][...] and is actively engaged in leadership meetings that grant [him/her] higher than normally expected access to classified information. [His/her] actions on January 6 directly lead [sic] to and actively contributed to the successful breach of Capitol police barricades through his encrypted communication techniques used on that day.*
> **What was the exact crime that occurred?:** *Attended and provided support to the January 6 insurrection riot*
> **When did the crime/incident occur?** *January 6 2021*
> **Where did the crime/incident occur?** *Washington DC, Capitol*
> **How is Contact Known:** *Colleague*

ZAPATA also included additional details about Victim 7, including their full name and nickname, age, part of their address, phone number, and current employer.

In approximately 2020, ZAPATA previously worked with Victim 7. The FBI has interviewed Victim 7 and another individual related to Victim 7. According to both Victim 7 and the other individual, Victim 7 was at Victim 7's Virginia home during the events at the Capitol on January 6, 2021.

Company A's logs for April 11, 2021, indicate that ZAPATA conducted a Google search for Victim 7, viewed a LinkedIn profile for Victim 7, and viewed a Facebook profile for Victim 7 shortly before submitting the tip on Victim 7.

ii.  <u>Victim 8</u>

Also on April 11, 2021, ZAPATA submitted the following tip to the FBI about Victim 8:

> *[Victim 8] provided material support and coordination by way of [his/her] position of trust with access to classified information to domestic terrorist groups like the Proud Boys, Oathkeepers, and Boogaloos. [...] [he/she] shared classified information with terrorist groups in hopes that this information would lead to the overthrow of the United States government. [His/her] position of trust within the intelligence community led to these groups breaching police barricades by encouraging a flanking maneuver on the barricade*

*that resulted in the overrun of police lines on January 6 2021. [...]*
*[he/she] has maintained access to classified data, senior executive*
*service employees and managers with connections to [an*
*intelligence agency] and grown a social network of classified*
*personnel from which [he/she] has exploited to support*
*insurrection. For over a decade [he/she] has quietly plotted a*
*"change in government" leading to the downfall of United States*
*government and other institutions through [his/her] legacy position*
*of trust and access.*
***What was the exact crime that occurred?:*** *January 6 insurrection*
*riot at the Capitol*
***When did the crime/incident occur?*** *January 6 2021*
***Where did the crime/incident occur?*** *Capitol, Washington DC*
***How is Contact Known:*** *Colleague*

ZAPATA also included additional details about Victim 8, including their full name, age,

home phone number, cell phone number, and current employer and a related website hyperlink.

From approximately December 2019 to February 2020, ZAPATA worked with Victim 8.

The FBI has interviewed Victim 8, who reported that Victim 8 was working from their Virginia

home during the week of the events at the Capitol on January 6, 2021. Victim 8 did not participate

in the events at the Capitol, did not coordinate groups such as the Oath Keepers or Proud Boys,

and has never provided classified information to members of these groups. Victim 8 did not attempt

to overthrow the United States government.

ZAPATA's tip included information that Victim 8 would have only provided to coworkers.

Specifically, the phone number ZAPATA listed as Victim 8's home phone number is actually

Victim 8's spouse's number. Victim 8 reported that Victim 8 only uses that number as a contact

number at work, and coworkers would have received a call card with the colleagues' phone

numbers to take home.

Company A's logs on April 11, 2021, indicate ZAPATA conducted a Google search for Victim 8, viewed a profile for Victim 8 on a website providing a directory of business contacts (the same hyperlink he included in his false tip), and viewed a LinkedIn profile for Victim 8 just minutes prior to submitting the tip on Victim 8.

ZAPATA admits that the allegations he made in these "tips" are false, that he has no reason to believe that any of the victims participated in the conduct he alleged in the "tips", and that he submitted the "tips" in an effort to harass the Victims, all of whom were known to him and whom he knew to have possessed security clearances which might be adversely affected by his false allegations.

In the course of investigating the above-described conduct, on May 2, 2024, the FBI searched ZAPATA's residence pursuant to a search warrant issued by the U.S. District Court for the Eastern District of Virginia and seized multiple items, including an HP laptop computer with the serial number 2TK7470KPY. Based on U.S. government records and information provided by government personnel, investigators determined this laptop was the property of a U.S. government agency at which ZAPATA had worked as a contractor. ZAPATA had access to this laptop as part of his official duties with that agency. The agency did not authorize ZAPATA to retain this laptop following the end of his contractor relationship with that agency. ZAPATA knowingly retained this laptop after his employment with the relevant agency and did not return the laptop as required.

In the course of possessing the laptop after his employment, ZAPATA deleted the materials on the laptop.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney for the District of Columbia
D.C. Bar No. 481866

By:  _/s/ Stuart Allen_
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7794
stuart.allen@usdoj.gov

ERIK S. SIEBERT
United States Attorney
for the Eastern District of Virginia

By:  _/s/ Troy A. Edwards, Jr._
TROY A. EDWARDS, JR.
N.Y. Bar No. 5453741
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3746
Troy.edwards@usdoj.gov

## DEFENDANT'S ACKNOWLEDGEMENT

I, Miguel Zapata, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _____5/29/25_____          _____

Miguel Zapata
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____5/3/2025_____          _____

Eugene Ohm
Attorney for Defendant