**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case: 25-cr-000131 (JDB)** |
| **v.** ) | |
| **MIGUEL ZAPATA** ) | |

### Motion for Return of Passport

Miguel Zapata, by and through counsel, respectfully requests that this Court order the Pretrial Services Agency to provide him his passport on a date on or after June 25, 2025 for his international travel, previously permitted by the Court.  In support of this Motion, Mr. Zapata states the following facts.

1.  Mr. Zapata was arrested on a complaint on May 1, 2024.  The government did not request detention and he was ordered released on his own personal recognizance.

2.  The Court granted a Motion permitting him international travel and ordering Pretrial Services Agency to release his passport to Mr. Zapata for the trip.

3.  Unbeknownst to counsel, Pretrial Services does not release passports until one or two days prior to that international travel, absent a specified date provided by the Court.  Mr. Zapata resides in Loudon County, Virginia and is generally an anxious person.  He thus requests the ability to retrieve his passport approximately a week in advance of his trip.

4.  Mr. Zapata has never been alleged to be a risk of flight.  He has pleaded guilty to an offense with a guideline range of 0 to 6 months.  He has no prior criminal history.  He has exceptionally strong ties to the community as he is very close with his three children.  He works and has small businesses in the area.

1

**Conclusion**

For the reasons set forth above, Mr. Zapata respectfully requests that this motion be granted and that the Court order Pretrial Services Agency to release to Mr. Zapata his passport beginning June 25, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500