UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case: 25-cr-000131 (JDB) |
| v. ) | |
| MIGUEL ZAPATA ) | |

UNOPPOSED MOTION TO MODIFY CONDITIONS OF
SUPERVISED RELEASE

Miguel Zapata, through his attorney, respectfully requests that this Court modify Mr. Zapata's conditions of release so that he may continue to assist in the coaching of his son's flag football team. In support of this motion, counsel states the following facts.

1. On September 9, 2025, Mr. Zapata was sentenced to three years of probation for one count of Scheme to Falsify, Conceal and Cover Up Material Facts, in violation of 18 U.S.C. §1001.

2. As part of his sentence, the Court placed Mr. Zapata on location monitoring for 90 days and restricted his movement to his residence at all times, except for certain activities pre-approved by his probation officer, including activities "necessary for [his] responsibilities as a parent."

3. As presented to the Court at sentencing, Mr. Zapata is very involved in the life of his teenaged son, to include responsibilities of coaching football. His Probation Officer has required him to seek explicit permission from the Court to attend games and practices.

4. Mr. Zapata thus requests that he be permitted to go to his sons games and practices. The practices are on Mondays and Wednesdays from 5:45 to 7:00 pm at Gum Spring Middle School, 42149 Greenstone Dr., Aldie, VA.

5. The games are on Saturdays at 40915 Braddock Rd in Aldie, VA. They are at:

   September 20, 2025 – 12-1pm

   September 27, 2025 – 1-2pm

   October 4, 2025 – 2-3pm

   October 11, 2025 – 1-2pm

   October 18, 2025 – 2-3pm

   October 25, 2025 – 3-4pm.

   The team is asked to arrive one hour before game time for warmups and exercises.

6. Mr. Zapata requests permission to attend these practices and games so that he may help coach his son's team. He also requests that he be permitted sufficient time to drive back and forth. All told, Mr. Zapata requests a 2 ½ hour window for Saturdays and a 1 hour 45 minute window for Mondays and Wednesdays.

7. Mr. Zapata had no infractions while on one year of supervision with the Pretrial Services Agency. This modification would be in the best interests of his son as Mr. Zapata and his wife are in the midst of a divorce and flag football has become an important activity for the young man, both individually and as a father/son activity.

8. The government does not oppose the relief sought in this Motion.

**Conclusion**

For the foregoing reasons and any others that may appear to the Court, Mr. Zapata respectfully requests that his conditions be modified so that he is permitted to assist coaching his son's flag football team.

                          Respectfully submitted,
                          A. J. KRAMER
                          FEDERAL PUBLIC DEFENDER

                              /s/
                        _____
                        EUGENE OHM
                        Assistant Federal Public Defender
                        625 Indiana Avenue, N.W., Suite 550
                        Washington, D.C.  20004